## INSOLVENCY—COURTS.

[Hamilton Circuit Court.]

SCOTT BONHAM, ASSIGNEE, V. F. REMPE & SON ET AL.

ASSIGNMENT FOR CREDITORS—HOW CLAIM ENFORCED.

Where an assignor for creditors had previously assigned a part of his claim against a party and his assignee for creditors collects the whole claim, judgment cannot be had against the assignee for the part of the claim assigned, but the rights of the claimant must be worked out through the settlement of the assigned estate in the probate court.

*Scott Bonham* and *Healy & Brannan*, for the assignee,

*Burch & Johnson*, for Rempe; *C. D. Robertson*, for Mersman.

The court below gave J. H. Mersman a judgment against F. Rempe & Son for $3,000 on a claim assigned to Mersman, which constituted part of an indebtedness from Rempe & Son to Keeveny, collected by the plaintiff assignee. The court ordered the assignee to satisfy the judgment thus rendered from the fund received by him from Rempe.

SWING, J.

We are of the opinion that the court of common pleas erred in rendering judgment against Bonham, assignee, in favor of Mersman. The right against Rempe et al. was in favor of Bonham, assignee, and the rights of Mersman to participate in the distribution of this fund must be worked out through the settlement of the estate in the probate court. For this reason and to this extent the judgment will be reversed and cause remanded for further proceedings.